# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Noe Cardoso−Ortiz

                              Plaintiff,

v.                                                           Case No.: 1:16−cv−04824
                                                                       Honorable Gary Feinerman

Fire Bar Incorporated, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Plaintiff's oral motion to dismiss is granted. This case is dismissed without prejudice. The dismissal will automatically convert to dismissal with prejudice if the Plaintiff does not move to reinstate case by 8/28/2016. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.